UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| USA, | |
|---|---|
| Plaintiff, | Case No. 14-cr-00527-RS-10   (VC) |
| v. | **ORDER DENYING GOVERNMENT'S APPEAL OF PRE-TRIAL RELEASE ORDER** |
| CHONTHICHA JAEMRATANASOPHIN, | |
| Defendant. | Re: Dkt. Nos. 64, 65 |

The government's motion to revoke the pretrial release order is denied.

**IT IS SO ORDERED**.

Dated: November 21, 2014

VINCE CHHABRIA
United States District Judge