```
1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  DEBORAH R. DOUGLAS (NYBN 2099372)
   Assistant United States Attorney
5
         450 Golden Gate Avenue, Box 36055
6        San Francisco, California 94102
         Telephone: (415) 436-7200
7        Facsimile: (415) 436-7234
         E-Mail: deborah.r.douglas@usdoj.gov
8
   Attorneys for the United States of America
9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 14-0527-10 RS |
| v. | [~~PROPOSED~~] ORDER DIRECTING THE RELEASE OF DEFENDANT'S PASSPORT TO ~~IMMIGRATION AND CUSTOMS ENFORCEMENT~~ U.S. Probation |
| CHONTHICHA JAEMRATANASOPHIN, a/k/a "Nana," | |
| Defendant. | |

Defendant Chonthicha Jaemratanasophin ("defendant") was sentenced on May 3, 2017 in the above-captioned matter, and is the subject of a detainer lodged by Immigration and Customs Enforcement.

IT IS HEREBY ORDERED that Pretrial Services release defendant's passport forthwith to ~~Immigration and Customs Enforcement~~ U.S. Probation.

IT IS SO ORDERED.

Dated: May 15, 2017

_____
HONORABLE RICHARD SEEBORG
United States District Judge